Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−21765−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony G. Zadzielski                              Maureen Zadzielski
   121 Greenwood Lake Road                            121 Greenwood Lake Road
   Little Egg Harbor, NJ 08087                        Little Egg Harbor, NJ 08087

Social Security No.:
   xxx−xx−4206                                        xxx−xx−2914

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/15/18
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 25, 2018
JAN: gan

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21765-CMG
Anthony G. Zadzielski                                                   Chapter 13
Maureen Zadzielski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Jun 25, 2018
                             Form ID: 132             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
```
db/jdb         +Anthony G. Zadzielski,   Maureen Zadzielski,    121 Greenwood Lake Road,
                 Little Egg Harbor, NJ 08087-3705
517583755      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517583756      +Barron Emergency Physicians,   PO Box 7418,    Philadelphia, PA 19101-7418
517583758      +Commonweatlh Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
517583759      +Convergent Outsourcing,   800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
517583761     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,    P.O. Box 6550,    Greenwood Village, CO 80155)
517583760      +DeMarco Family Dental,   c/o IC Systems,    P.O. Box 64378,    Saint Paul, MN 55164-0378
517583762      +ER Solutions,   800 SW 39th St,   Renton, WA 98057-4975
517583767      +Household Bank,   P.O. Box 80084,   Salinas, CA 93912-0084
517583770      +Labcorp,   P.O. Box 2240,   Burlington, NC 27216-2240
517583772     #+Malcolm S. Gerald and Associates,    332 S. Michigan Ave, Ste 600,    Chicago, IL 60604-4318
517583773      +Medical Associates of Ocean,   1301 Rte 72 West, Ste 300,    Manahawkin, NJ 08050-2483
517583774      +Medical Payment Data,   2150 15th Avenue,    Vero Beach, FL 32960-3436
517583775      +Midland Mortgage,   P.O. Box 268806,    Oklahoma City, OK 73126-8806
517583781      +Pressler & Pressler,   7 Entin Road,    Parsippany, NJ 07054-5020
517583782      +Providian Financial,   P.O. Box 660490,    Dallas, TX 75266-0490
517583783      +Quality Asset Recovery,   7 Foster Avenue Ste 101,    Gibbsboro, NJ 08026-1191
517583784      +Radiology Physicians at Comm,    c/o Apex Asset Management,    2501 Oregon Pike, Ste 102,
                 P.O. Box 5407,   Lancaster, PA 17606-5407
517583786      +SOCH,   1140 Rte 72 West,   Manahawkin, NJ 08050-2412
517583787      +Sprint,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
517583788      +TD /Commerce Bank,   Recovery Dept,   P.O. Box 9547,    Portland, ME 04112-9547
517583789      +Tiny Tots Daycare,   105 Kosciusko Way,    Little Egg Harbor, NJ 08087-1777
517583791      +W. Darrell Landry,   c/o Howard W. Smith, Esq,    1570 White Horse Road,    P.O. Box 9972,
                 Trenton, NJ 08650-2972
517583792     #+Zucker, Goldberg & Ackerman,   200 Sheffield St, Ste 101,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2018 21:49:44     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2018 21:49:44     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517583754      +E-mail/Text: bkrpt@retrievalmasters.com Jun 25 2018 21:49:43     AMCA,
                 4 Westchester Plaza, Ste 110,   Elmsford, NY 10523-1615
517583757      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2018 21:54:09     Capital One,
                 Bankruptcy Dept,   P.O. Box 30273,   Salt Lake City, UT 84130-0273
517583763      +E-mail/Text: kmorgan@morganlaw.com Jun 25 2018 21:49:47     Fairlane Credit,
                 c/o Morgan, Bornstein & Morgan,   1236 Brace Road Ste K,    Cherry Hill, NJ 08034-3229
517583765      +E-mail/Text: csr@theaffiliatedgroup.com Jun 25 2018 21:49:48     Herff-Jones Delmar,
                 c/o The Affiliated Group,   3055 41st St NW, Ste 106,   Rochester, MN 55901-7957
517583768      +E-mail/Text: cio.bncmail@irs.gov Jun 25 2018 21:49:41     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
517583771      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2018 21:54:04     LVNV Funding,
                 P.O. Box 10497,   Greenville, SC 29603-0497
517583777      +E-mail/Text: bankruptcydepartment@tsico.com Jun 25 2018 21:49:47     NCO Financial Systems,
                 2135 E. Primrose, Ste Q,   Springfield, MO 65804-4598
517583778      +E-mail/PDF: bankruptcy@ncfsi.com Jun 25 2018 21:54:15     New Century Financial,
                 110 South Jefferson, Ste 104,   Whippany, NJ 07981-1038
517583779      +E-mail/Text: ebn@vativrecovery.com Jun 25 2018 21:49:42     Palisades Collection,
                 210 Sylvan Avenue #1,   Englewood Cliffs, NJ 07632-2510
517583780      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2018 21:54:04
                 Pinnacle Credit Services,   P.O. Box 640,   Hopkins, MN 55343-0640
517588465       E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2018 21:49:43
                 Quantum3 Group LLC as agent for,   CP Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788
517583790      +E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2018 21:49:44     United States Attorney,
                 For Internal Revenue Service),   970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517583769*     +Internal Revenue Service (SP),   Special Procedures,   200 Sheffield Street,
                 Mountainside, NJ 07092-2314
517583753     ##+ACB Receivables Management,   19 Main Street,   Asbury Park, NJ 07712-7012
517583764     ##+Fulton Friedman & Gullace,   P.O. Box 2123,   Warren, MI 48090-2123
517583766     ##Hospital Group of South Jersey,   P.O. Box 42330,   Philadelphia, PA 19101
517583776     ##+National Credit Solution,   3680 E I-240 Service Road,   Oklahoma City, OK 73135-1737
517583785     ##+RJM Acquisitions,   575 Underhill Blvd, Ste 224,   Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 1, ## 5
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jun 25, 2018
                               Form ID: 132             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Steven J. Abelson    on behalf of Debtor Anthony G. Zadzielski sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson    on behalf of Joint Debtor Maureen   Zadzielski sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4