Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−21765−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony G. Zadzielski
121 Greenwood Lake Road
Little Egg Harbor, NJ 08087

Maureen Zadzielski
121 Greenwood Lake Road
Little Egg Harbor, NJ 08087

Social Security No.:
xxx−xx−4206                                                         xxx−xx−2914

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/24/2018 and a confirmation hearing on such Plan has been scheduled for 10/03/2018 at 10:00 AM.

The debtor filed a Modified Plan on 10/1/2018 and a confirmation hearing on the Modified Plan is scheduled for 11/19/2018 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 4, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-21765-CMG
Anthony G. Zadzielski                                                                   Chapter 13
Maureen Zadzielski
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Oct 04, 2018
                              Form ID: 186             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db/jdb         +Anthony G. Zadzielski,    Maureen Zadzielski,    121 Greenwood Lake Road,
                 Little Egg Harbor, NJ 08087-3705
517583755      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517583756      +Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517583758      +Commonweatlh Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
517583759      +Convergent Outsourcing,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
517583761     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:   DirecTV,    P.O. Box 6550,    Greenwood Village, CO 80155)
517583760      +DeMarco Family Dental,    c/o IC Systems,    P.O. Box 64378,    Saint Paul, MN 55164-0378
517583762      +ER Solutions,    800 SW 39th St,    Renton, WA 98057-4975
517583767      +Household Bank,    P.O. Box 80084,    Salinas, CA 93912-0084
517583770      +Labcorp,    P.O. Box 2240,    Burlington, NC 27216-2240
517583772     #+Malcolm S. Gerald and Associates,    332 S. Michigan Ave, Ste 600,    Chicago, IL 60604-4318
517583773      +Medical Associates of Ocean,    1301 Rte 72 West, Ste 300,    Manahawkin, NJ 08050-2483
517583774      +Medical Payment Data,    2150 15th Avenue,    Vero Beach, FL 32960-3436
517707262      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517583775      +Midland Mortgage,    P.O. Box 268806,    Oklahoma City, OK 73126-8806
517637294      +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany  NJ 07054-5020
517583781      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517583782      +Providian Financial,    P.O. Box 660490,    Dallas, TX 75266-0490
517583783      +Quality Asset Recovery,    7 Foster Avenue Ste 101,    Gibbsboro, NJ 08026-1191
517583784      +Radiology Physicians at Comm,    c/o Apex Asset Management,    2501 Oregon Pike, Ste 102,
                 P.O. Box 5407,    Lancaster, PA 17606-5407
517583786      +SOCH,    1140 Rte 72 West,    Manahawkin, NJ 08050-2412
517583787      +Sprint,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517583788      +TD /Commerce Bank,    Recovery Dept,    P.O. Box 9547,    Portland, ME 04112-9547
517583789      +Tiny Tots Daycare,    105 Kosciusko Way,    Little Egg Harbor, NJ 08087-1777
517583791      +W. Darrell Landry,    c/o Howard W. Smith, Esq,    1570 White Horse Road,    P.O. Box 9972,
                 Trenton, NJ 08650-2972
517583792     #+Zucker, Goldberg & Ackerman,    200 Sheffield St, Ste 101,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 23:50:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 23:50:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517583754      +E-mail/Text: bkrpt@retrievalmasters.com Oct 04 2018 23:49:59     AMCA,
                 4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-1615
517701960       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2018 23:55:21
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517660210       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2018 23:55:42
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
                 Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517583757      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 23:55:35     Capital One,
                 Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
517696209      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2018 23:55:21     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517583763      +E-mail/Text: kmorgan@morganlaw.com Oct 04 2018 23:50:37     Fairlane Credit,
                 c/o Morgan, Bornstein & Morgan,    1236 Brace Road Ste K,    Cherry Hill, NJ 08034-3229
517583765      +E-mail/Text: csr@theaffiliatedgroup.com Oct 04 2018 23:50:44     Herff-Jones Delmar,
                 c/o The Affiliated Group,    3055 41st St NW, Ste 106,    Rochester, MN 55901-7957
517583768      +E-mail/Text: cio.bncmail@irs.gov Oct 04 2018 23:49:29     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517583771      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2018 23:56:05     LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
517657988      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 23:50:00
                 Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
517583777      +E-mail/Text: bankruptcydepartment@tsico.com Oct 04 2018 23:50:35     NCO Financial Systems,
                 2135 E. Primrose, Ste Q,    Springfield, MO 65804-4598
517583778      +E-mail/PDF: bankruptcy@ncfsi.com Oct 04 2018 23:55:39     New Century Financial,
                 110 South Jefferson, Ste 104,    Whippany, NJ 07981-1038
517583779      +E-mail/Text: ebn@vativrecovery.com Oct 04 2018 23:49:41     Palisades Collection,
                 210 Sylvan Avenue #1,    Englewood Cliffs, NJ 07632-2510
517583780      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2018 23:55:42
                 Pinnacle Credit Services,    P.O. Box 640,    Hopkins, MN 55343-0640
517664800       E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2018 23:49:56
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: 186             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517588465          E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2018 23:49:56
                   Quantum3 Group LLC as agent for,   CP Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
517583790         +E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 23:50:03      United States Attorney,
                   For Internal Revenue Service),   970 Broad Street, 5th Floor,   Newark, NJ 07102-2527
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517583769*        +Internal Revenue Service (SP),   Special Procedures,   200 Sheffield Street,
                   Mountainside, NJ 07092-2314
517583753       ##+ACB Receivables Management,   19 Main Street,   Asbury Park, NJ 07712-7012
517583764       ##+Fulton Friedman & Gullace,   P.O. Box 2123,   Warren, MI 48090-2123
517583766        ##Hospital Group of South Jersey,   P.O. Box 42330,   Philadelphia, PA 19101
517583776       ##+National Credit Solution,   3680 E I-240 Service Road,   Oklahoma City, OK 73135-1737
517583785       ##+RJM Acquisitions,   575 Underhill Blvd, Ste 224,   Syosset, NY 11791-3416
                                                                             TOTALS: 0, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor Anthony G. Zadzielski sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson    on behalf of Joint Debtor Maureen  Zadzielski sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```